## COMPLAINT SYNOPSIS

**Name:** Travis Leeman

**Address:** Brunswick, Maine

**Year of Birth:** 1981    **Age:** 30

**Violation:** Bank Robbery, in violation of 18 U.S.C. §§ 2113(a) & (d)

**Penalty:** Imprisonment for not more than twenty-five years, fine of $250,000, or both. 18 U.S.C. § 2113(d). This is a Class B felony pursuant to 18 U.S.C. § 3559(a)(2).

**Supervised Release:** Not more than five years. 18 U.S.C. § 3583(b)(1).

**Maximum Term of Imprisonment for Violation of Supervised Release:** Not more than three years. 18 U.S.C. § 3583(e)(3).

**Maximum Term of Supervised Release for Violation of Supervised Release:** Five years less any term on imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).

**Defendant's Attorney:** Unknown

**Detention Status:** To remain detained.

**Foreign National:** No

**Consular Notification Provided:** N/A

**County:** York

**AUSA:** Darcie N. McElwee

**Primary Investigative Agency/Agent:** FBI/Clancy

**Guidelines:** Apply

**Victim Case:** Yes

**Corporate Victims Owed Restitution:** Infinity Federal Credit Union

**Felony Assessments:** $100