UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

United States of America )
          Plaintiff, )
v. ) Docket No. 2:12-CR-164-001
    )
Travis Leeman )
          Defendant. )
    )
    )

## SATISFACTION OF JUDGMENT

The monetary penalty(s) imposed in the above-captioned action entered on January 4, 2013 has/have been satisfied and paid in full.

Dated: July 28, 2020

          HALSEY B. FRANK
          United States Attorney


          /s/ Andrew K. Lizotte
          Assistant U.S. Attorney
          United States Attorney's Office
          202 Harlow Street, Room 111
          Bangor, Maine 04401
          207-945-0373
          Andrew.Lizotte@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2020, I electronically filed a Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorneys of record.

      HALSEY B. FRANK
      United States Attorney


      /s/ Andrew K. Lizotte
      ANDREW K. LIZOTTE
      Assistant U.S. Attorney
      United States Attorney's Office
      100 Middle Street, East Tower, 6th Floor
      Portland, Maine 04101
      207-780-3257
      Andrew.Lizotte@usdoj.gov