UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | DOCKET NO. 2:12-cr-164-NT |
| | ) | |
| TRAVIS LEEMAN | ) | |

**DEFENSE SENTENCING MEMORANDUM**

Travis Leeman is scheduled for a hearing on the pending supervised release violation by video on February 15, 2022 at 1 p.m. He will appear from the Cumberland County Jail. Travis will admit violating special condition one - use of controlled substances, and special condition two, violating state law.

**Amended Revocation Report**

The Amended Revocation Report (ECF # 58) establishes a grade C violation, history I with an advisory sentencing range of 3 to 9 months. Id. p. 5. Probation recommends an incarcerative sentence of 9 months followed by two more years of supervised release with the previously imposed special conditions and an additional condition of the first three months of supervision in an approved sober living facility. Travis has spent a combined 25 days in custody since his initial violation arrest on December 13, 2021. We ask the court to fashion a sentence that allows Travis to focus on the treatment he needs for his addiction and mental health while providing the necessary supervison and oversight and accountability.

1

**Addiction History**

Travis is now 40 years old. The underlying bank robbery was ten years ago. The facts of this case remind us that incarceration and the passage of time do not alone address addiction or mental health difficulties. Travis has a serious opiate addiction and has been diagnosed at the Cumberland County Jail with bi-polar disorder. The jail has prescribed Depakote which Travis is taking and reports make a huge improvement in stabilizing his emotional swings. Depakote (divalproex sodium) is a delayed release oral tablets prescribed to treat manic episodes associated with bipolar disorder. This is the first time Travis has been treated for bipolar disorder. The 2012 PSR does not include any history of mental health difficulties. "The defendant reported that he has always enjoyed good mental and emotional health and has never taken part in any mental health treatment." The PSR went on to note "following his arrest on June 5, 2012, the defendant was overheard stating telephonically to his wife that he had been "really sick lately," that he "contemplated suicide," and that he actually tried to commit suicide once but couldn't follow through with it." Id. ¶ 33. Travis denied saying that or having suicidal thoughts. Id. His original supervision conditions had no requirement of mental health evaluation or treatment. That condition was added on March 9, 2020.

Travis was sent from prison to Pharos House in August of 2018 to complete his sentence. He was seen by Catholic Charities from 8/13 through 10/23/18. They report, "Client engaged received psychiatric, individual assessment and planning as well as group

counseling services" including MRT. Moral Reconation Therapy is a cognitive-behavioral approach used to treat addiction. Treatment noted his "severe" addiction, depressed mood and was looking into potential ADHD when he was violated by the BOP for suboxone use and transferred to the Cumberland County Jail. Travis was released on February 5, 2019 and began living at his parent's home in Brunswick. He was hired by Reed and Reed doing construction work. His initial treatment assessment at Blue Willow was on February 27, 2019. Exhibit 2. They too diagnosed severe opioid use disorder. Travis reported sobriety from October 19, 2018 to February 27, 2019 (roughly four months) as his "longest history of sobriety." However only 22 days had been out of custody. The Blue Willow intake concludes, "individual substance use counseling is recommended weekly. A reevaluation to bi-weekly may be conducted after some time." Id. The records available do not explain if individual counseling occurred, or for how long. Travis recalls seeing a counselor he felt was helpful for three to four months, but she left Blue Willow and after that treatment grew inconsistent. The revocation report indicates Travis called probation saying he relapsed on June 20, 2019. The report also notes Blue Willow had a lack of clinicians so "discharged" Travis on June 28, 2019. (ECF # 58, p. 6.) Probation referred him to Catholic Charities and it appears he began treatment there in early July, 2019 but we have no reports. What we know is Travis's relapse and use continued, at least sporadically, until his overdose and arrest on January 29, 2022.

Travis consistently attended and participated in treatment. He had counseling at Blue Willow, counseling and MAT through Catholic Charities, inpatient detox at Singer Island, in late August into September, 2021, Intensive Outpatient Treatment in Brunswick in October 2021, inpatient treatment at Bedrock, December 23, 2021 to January 15, 2022 followed by a sober living at Casco Bay Recovery. Exhibit 3.

**Employment**

While at the Pharos House, Travis worked construction, primarily road construction projects, cone setting and traffic control. Upon release from Cumberland County Jail he was hired by Reed and Reed and worked industrial construction for them for about a year. He was on the project erecting the Turnpike Toll Plaza in Scarborough and then renovations on the dry dock at BIW. He earned about $17 an hour. He applied to BIW and was told in January, 2020 he would be hired. It took close to six months for him to be approved due to his felony conviction. He initially began as a crane operator at $22 an hour but due to his prescribed suboxone he was told he could not be the crane operator but would be a rigger. Riggers set up and repair rigging (cables and chains for lifting and moving heavy objects). Work includes aligning and anchoring machinery, attaching loads, controlling the movement of heavy equipment, and ensuring the rigging is safe for use. The pay was several dollars an hour less. Travis paid the full case restitution and assessments of $7,891 by late July, 2021. (ECF # 35, Satisfaction of Judgment).

Travis loved his work at BIW. His close work team mate was Randy Seekins. Randy dies suddenly at age 60 on May 6, 2021. He was a forty year veteran at BIW. Travis was stunned by the loss. Helping to empty Randy's locker he met Randy's daughter Kaylee. Kaylee also worked at BIW. She and Travis developed a relationship and he trained her to become a rigger. Kaylee writes:

> I was trained by Travis at work. He is a true leader and is very skilled at Rigging. He could work circles around anyone in the building. He took the extra time and really broke things down so they were easy to understand and was always really on top of safety. Bath Iron Works is having a very hard time not having him there, because he ran the entire assembly building and his skill level is so high they have a hard time finding someone to fill In for him. He is very well respected at work and has earned his raises.

Letter of Kaylee Seekins, Defense Exhibit 1.

**Personal Life**

Travis was in prison in 2015 when the letter from his wife arrived telling him she was seeking a divorce. He was not able to meet with her. He was not able to attend or participate in the divorce. He felt abandon and had no therapeutic way of addressing his pain. At Pharos House he found work on a road crew and while appreciating having a job, he also saw the reality that being a felon was a significant obstacle. He was at the bottom of the manual labor pool. It was humbling. He also saw between the half way house and other workers that he was still surrounded by addicts and those with a criminal past as he had been in prison. His

first attempt at a relationship was with a woman he had known for many years. She had a construction company and hired him as an equipment operator on weekends. It ended when he realized she was dating other men as well. This too made him feel inadequate. His second relationship was with a woman who also had a history of addiction and she relapsed including taking his MAT medication. Then he met Kaylee.

Kaylee and Travis have grown increasingly close over the past nine months. "When Travis is sober he is Kind, respectful, courteous, ambitious, compassionate, hard working, a Leader, persevering, and reliable. He will stop in his tracks to help others." Id. She provides the court with numerous examples of Travis's generosity and help to others. This is not new. At his original sentencing the court had letters from about 20 people who know Travis saying the same thing - he is a kind and caring person who loves to work and who thrives on helping others. When Travis initially began supervison he joined AUSA Dan Perry and FBI case Agent Patrick Clancy for a high school student outreach program run by the U.S. Attorney Office. Travis spoke at five high schools between the Spring of 2019 and when the program ended due to the Pandemic. Dan Perry described Travis as "the highlight of the program." Travis was the keynote speaker and the students related to his personal presentation. On the outside Travis appeared happy, engaged, sober and an example of rehabilitation and giving back to the community. On the inside Travis felt insecure, weak, and humiliated. His sense of self worth was lost. He was a felon, an addict, a failure. He just could not get around those feelings and verbalizing these to others seemed to make it worse.

Travis is remorseful and full of regret. The addition of Depakote has calmed his emotional equilibrium. He is also scared, and torn about his future. He knows he must dedicate himself to his sobriety and increased counseling and mental health treatment. He needs to put his pride aside and engage emotionally not just intellectually. He needs to bring his workplace vigor to his quest for sobriety. He fears losing the relationship with Kaylee. He fears loss of his job at BIW. His health insurance is through his job. He has worked with BIW so they are ready to take him back. But they can't hold the position for long. He has used all of his personal and leave time. Without health insurance he does not know how he can afford any further inpatient treatment.

The Cumberland County Jail and the BOP prison system has been particularly hard hit by the pandemic. Travis has already been infected with COVID-19 and reports show having the virus does not establish an immunity to a new variant. Efforts to control virus spread coupled with staffing shortages locally and nationally have resulted in a dramatic reduction in programing a local jails and at the BOP. Counseling and treatment for mental health and addiction have taken a "back seat" to battling COVID. Today the BOP reports:

> There are 4,527 federal inmates and 1,960 BOP staff who have confirmed positive test results for COVID-19 nationwide. Currently, 51,488 inmates and 10,385 staff have recovered. There have been 285 federal inmate deaths and

7 BOP staff member deaths attributed to COVID-19 disease.[1]

**Conclusion**

Travis accepts that he has an addiction and mental health difficulties that need treatment. He is prepared to dedicate his full efforts to that treatment. He has been to prison. He has been in jail. Neither provide the treatment or counseling he needs. He is ready to see a mental health professional and find out if he is bi-polar and requires long term medication. He is ready to work with substance counseling to rebuilt his life. He can't do this from prison. He is ready to show his family the love and respect they deserve for the support they have and will continue to provide. He has a reason to live and shutters when he looks back on his conduct in late January. Travis is alive and prepared for the work needed to put his life back on track.

DATE: February 11, 2022　　　　　　　　　　/s/ *David Beneman*
　　　　　　　　　　　　　　　　　　　　　David Beneman
　　　　　　　　　　　　　　　　　　　　　Attorney for Travis Leeman

David Beneman
Federal Defender
P.O. Box 595
Portland, Me 04112-0595
207-553-7070 ext. 101
David_Beneman@fd.org

---

[1] https://www.bop.gov/coronavirus/ (2/11/22)

## CERTIFICATE OF SERVICE

I, **David Beneman**, attorney for **Travis Leeman**, hereby certify that I have served, electronically, a copy of the **within "DEFENDANT'S SENTENCING MEMORANDUM"** upon **Meghan Connelly**, Assistant United States Attorney, United States Attorney's Office, Portland, ME and all counsel of record via the ECF system.

/s/ *David Beneman*
David Beneman

DATE: February 11, 2022

CC: Travis Leeman