UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Travis Leeman

DOCKET NO: 2:12-cr-164-NT

PROCEEDING TYPE: Final Revocation Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 1 | | Support Letter from Kaylee | 2/15/22 | 2/15/22 | | 2/15/22 |
| | 2 | | Blue Willow Assessment 2019 | 2/15/22 | 2/15/22 | | 2/15/22 |
| | 3 | | Inpatient Completion – Bedrock | 2/15/22 | 2/15/22 | | 2/15/22 |