AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF MAINE
~~PORTLAND~~
RECEIVED & FILED

# UNITED STATES DISTRICT COURT

2022 FEB 10 for the A 11: 50

District of Maine

DEPUTY CLERK

United States of America
v.

TRAVIS LEEMAN

_____
*Defendant*

)
)
)
)
)
)
)

Case No.   2:12-cr-00164-NT

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Travis Leeman                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☑ Order of the Court

This offense is briefly described as follows:

Violation of Order Setting Condition(s) of Release; 18:3148

A TRUE COPY
ATTEST: Christa K. Berry, Clerk

By: _____
                Deputy Clerk

Date:    01/29/2022

_____
*Issuing officer's signature*

City and state:    Bangor, Maine

Julie W. Rodrigue, Operations Supervisor
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   1/20/22   , and the person was arrested on *(date)*   1/25/22   at *(city and state)*   Brunswick, ME   . |

Date:    1/31/22

_____
*Arresting officer's signature*

Dusn T Crawford
*Printed name and title*