# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:12-cr-00164-P-T |
| ) | |
| TRAVIS LEEMAN ) | |

## NOTICE OF APPEARANCE

    The Government, by and through Darcie N. McElwee, United States Attorney for the District of Maine, gives notice to this Honorable Court of the appearance of the undersigned Special Assistant United States Attorney as counsel in the above-referenced action.

                                        Respectfully submitted,

                                        DARCIE N. MCELWEE,
                                        UNITED STATES ATTORNEY

                                        */s/ Jeanne D. Semivan*
                                        Special Assistant U.S. Attorney
                                        United States Attorney's Office
                                        100 Middle Street, East Tower
                                        Portland, ME 04101
                                        (207) 780-3257
                                        Jeanne.Semivan@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on March 18, 2022, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification to of such filing to the following:

David R. Beneman, Federal Defender
David.Beneman@fd.org

                                        */s/ Jeanne D. Semivan*
                                        Special Assistant U.S. Attorney