UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | DOCKET NO. 2:12-cr-164-NT |
| | ) | |
| TRAVIS LEEMAN | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING, AND INCORPORATED MEMORANDUM**

NOW COMES **Travis Leeman**, by counsel pursuant to F.R.Cr.P. 45(b), and **requests the supervised release revocation sentencing hearing currently scheduled for April 19, 2022, be continued to on or after July 12, 2022.**

In support of this motion, counsel states the following:

On February 15, 2022 Travis Leeman appeared by video and admitted to violations 1 and 2 of the Supervised Release Petition. ECF # 61. The hearing was continued as to sentencing to allow Leeman the opportunity to attend a treatment program. Id. Leeman was detained pending court approval of an appropriate program.

On March 7, 2022 the court granted an Order of Limited Temporary Release to allow Leeman to participate in a residential treatment program in New Hampshire. Leeman has been at the program since March 7, 2022. He is currently scheduled to complete the program in May. The sentencing hearing is scheduled for April 19, 2022, before Leeman will have completed the treatment program.

Counsel has discussed the situation with Probation Officer Meghan Entwistle and AUSA Jeanne Semivan and both agree that with Leeman doing well in the treatment program the hearing should be continued. Officer Entwistle suggests that the time for transition from treatment back into the community will be an important aspect of gauging the success of treatment. Counsel agrees. The defense will be filing separately for and Order of Conditions of Release and Bond so upon completion of the treatment program Leeman can transition

1

into approved housing in Maine and resume outpatient treatment. The parties suggest a date in July should provide sufficient time for Leeman to demonstrate his sobriety and compliance with release. The clerk has an in person hearing date available on July 12, 2022 at 2 p.m.

There is no Speedy Trial issue. Mr. Leeman is in a residential treatment program. There is no risk or hardship in continuing this matter. AUSA Jeanne Semivan has no objection to the granting of this motion. Probation officer Meghan Entwistle has no objection to the granting of this motion.

**Wherefore Defendant requests this Motion be GRANTED and the supervised release violation hearing be continued to on or after July 12, 2022 at 2 p.m.**

DATE: April 8, 2022 /s/ David Beneman
David Beneman
Attorney for Travis Leeman

David Beneman, Federal Defender
P.O. Box 595
Portland, Me 0412-0595
207-553-7070 ext. 101
David_Beneman@fd.org

### CERTIFICATE OF SERVICE

I, **David Beneman**, attorney for **Travis Leeman**, hereby certify that I have served, electronically, a copy of the **within "DEFENDANT'S UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING, AND INCORPORATED MEMORANDUM"** upon **Jeanne Semivan**, Assistant United States Attorney, United States Attorney's Office, 100 Middle Street, 6th Floor, East Tower, Portland, Maine, 04101 via the ECF system and **Meghan Entwistle**, P.O. by e-mail.

/s/ *David Beneman*
David Beneman

DATE: April 8, 2022