UNITED STATES DISTRICT COURT
                         DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) |                            |
|---------------------------|---|----------------------------|
|                           | ) |                            |
| vs.                       | ) | DOCKET NO. 2:12-cr-164-NT |
|                           | ) |                            |
| TRAVIS LEEMAN             | ) |                            |

### EMERGENCY MOTION FOR RELEASE ON CONDITIONS

Now comes the defendant, by and through counsel, pursuant to 18 U.S.C. §§ 3142 and 3143 and asks the Court to release Travis Leeman on Conditions pending the April 4, 2022 Hearing on the Pending Release Motion (ECF # 75).

In support and explanation of this Motion, counsel provides the following:

1.  On April 18, 2022, counsel for Travis Leeman filed a Motion for Release On Conditions noting that Leeman was scheduled to complete the residential aspect of the treatment program on May 4, 2022. Today at around 1:45 p.m. counsel was notified by the Program that Leeman has completed the residential aspect of the program as of last night. Leeman left a voice message for counsel who was on an overnight flight and scheduled be off today. Counsel came to the office around 1 today and followed up with the treatment program, Leeman and Probation Officer Entwistle. Leeman had been at treatment pursuant to the Court's Order of Limited Temporary Release. ECF # 70, 3/7/22. Under the current Order, upon completion of the Program, Leeman must return to the Cumberland County Jail. Id. ¶ 5.

2.  As explained in the initial motion of April 18, 2022, counsel has discussed a re-entry plan with Supervising Officer Megan Entwistle who agrees Leeman appears ready to reside

1

in the community under conditions of release. The Court had set a release hearing for Wednesday, May 4 at 12:30. Leeman has a safe place to live that has been approved by probation. Leeman is presently at that location.

3. Probation through Officer Megan Entwistle and the Government through A.U.S.A. Jeanne Semivan have no objection to this emergency motion which we understand covers only the period from now until the hearing on May 4.

Wherefore we ask the court to enter an order releasing Leeman on the previously proposed Conditions of Release effective immediately, subject to review at the scheduled in person hearing on May 4, 2022.

DATE: April 29, 2022                                /s/ *David Beneman*
                                                    David Beneman
                                                    Attorney for Travis Leeman


David Beneman
Federal Defender
P.O. Box 595
Portland, Me 04112-0595
207-553-7070 ext. 101
David_Beneman@fd.org

## CERTIFICATE OF SERVICE

I, **David Beneman**, attorney for **Travis Leeman**, hereby certify that I have served, electronically, a copy of the **within "EMERGENCY MOTION FOR RELEASE ON CONDITIONS"** upon **Jeanne Simivan**, Assistant United States Attorney, United States Attorney's Office, Portland, ME and all counsel of record via the ECF system and Probation Officer **Megan Entwistle** via e-mail.

                                                    /s/ *David Beneman*
                                                    David Beneman

DATE: April 29, 2022