# United States District Court
## *District of Maine*

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | (For **Revocation** of Probation or Supervised Release) |
| TRAVIS LEEMAN | Case Number: 2:12-cr-00164-NT |
| | USM Number: 07452-036 |
| | David R. Beneman, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) <u>Special Condition No. 4 and Preamble</u> of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.
☐ violation charge(s) _____ are withdrawn by the Government.

**The defendant is adjudicated guilty of these violations:**

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Violation of Special Condition 4: Defendant shall not use or possess any controlled substance, alcohol or other intoxicant; and shall participate in a program of alcohol and substance abuse therapy to the supervising officer's satisfaction. This shall include testing to determine if Defendant has used drugs or intoxicants. Defendant shall submit to one test within 15 days of release from prison and at least two, but not more than 120, tests per calendar year thereafter, as directed by the supervising officer. Defendant shall pay/co-pay for services during such treatment to the supervising officer's satisfaction. Defendant shall not obstruct or tamper, or try to obstruct or tamper, in any way with any tests. | January 29, 2022 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

| | | | |
|---|---|---|---|
| Last Four Digits of Defendant's Soc. Sec.: | 9666 | August 18, 2022 | |
| Defendant's Year of Birth: | 1981 | Date of Imposition of Judgment | |
| Defendant's Residence Address: (City and State only) | Portland, ME | /s/ Nancy Torresen | |
| | | Signature of Judge | |
| | | Nancy Torresen, U.S. District Judge | |
| | | Name and Title of Judge | |
| | | August 18, 2022 | |
| | | Date | |

Judgment—Page 2 of 3

DEFENDANT: TRAVIS LEEMAN
CASE NUMBER: 2:12-cr-00164-NT

## ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Two | Violation of Preamble: The defendant shall not commit another federal, state, or local crime. | January 27, 2022 |

Judgment—Page 3 of 3

DEFENDANT: TRAVIS LEEMAN
CASE NUMBER: 2:12-cr-00164-NT

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of <u>24 months.</u>

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district,
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                                UNITED STATES MARSHAL

                                    By _____
                                          DEPUTY UNITED STATES MARSHAL