UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. Travis Leeman

DOCKET NO:  2:12-cr-164-NT

PROCEEDING TYPE: Final Revocation Hearing

# Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | 1 |  | Letter from New Freedom Academy Behavioral Health | 8/18/22 | 8/18/22 |  | 8/18/22 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |